IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD ROY MCKINNEY,<br><br>Defendant. | CR 22-24-BU-DLC<br><br>ORDER |

Defendant has filed an unopposed motion to vacate the detention hearing set for April 9, 2026. (Doc. 186). Accordingly,

IT IS ORDERED that the motion (Doc. 186) is GRANTED. The detention hearing scheduled for April 9, 2026 is VACATED.

DATED this 8th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1